UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON
APR 7 2000
PER _____ DEPUTY CLERK

(PRO-SE)

Neville M. Russell )
A# 75 805 774, Petitioner )
)
V. )
)
I.N.S. (ET-AL), )
Respondent, )

Notice of Motion for
Appointment of Counsel

NO. 1:00-CV-00536

Sirs:

   Please take notice that upon the annexed Affidavid or Affirmation of Neville Russell sworn to or Affirm on the __1st__ day of __April__, 2 __000__ and upon the complaint herein, Petitioner will move this Court, Middle District Court of Pennsylvania, U.S.D.J., in room_____, United States Court House, 235 North Washington Ave. Scranton, PA. 18501-1148, on the_____day of_____,2_____,at_____ or as soon there after as Counsel can be heard, for an order pursuant to rule __3006 A__ of the Federal rules of Civil procedures granting the Petitioner the relief to apoint an Attorney as Counsel and assign him to represent me and my Case and situation in the most favorable light.

STATE of PENNSYLVANIA
County of YORK

Date 4-1-2000

Respectfully Submitted by
_Neville M. Russell_
Neville M. Russell (PRO-SE)
               Petitioner
York County Prison
3400 Concord RD.
York, PA. 17402

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

                                                                (PRO-SE)

Neville Russell                          )
A # 75 805 774, Petitioner    )
                                        )         AFFIDAVID/AFFIRMATION
           V.                      )
                                        )
I.N.S. (ET-AL                   )
    Respondent               )

State of Pennsylvania ) unsworn Declaration
County of York        ) pursuant to U.S.C.A.
                        1746(2)

      I Neville Russell ,after declaring under the penalty of perjury; deposes and says: I Neville Russell ,am the petitioner in the above entitled action,and respectfully move this Court to appoint a suitable and competent Attorney who specialized in Immigration matters to present my case in the most favorable light,to filed opposing motions,to contend arguments, issues and facts of the case on my behalf based on the merits of the case.

     The reasons why i am entitlled to the relief is because i do not have funds to retain an Attorney, and i am not an Attorney or Paralegal and due to the fact that i had probable reasons to believe, that the court will not order me to be produce for the Habeas Corpus hearing. I am respectfully requesting to have an Attorney as counsel to present my case and situation in the most favorable light, based on legal grounds, law and its own merit, because i cannot properly represent myself.

     Wherefore,I respectfully request that the court grant the within Motion, as well as such other and futher relief, and may be just and proper.

     "I declare under penalty of perjury that the foregoing is true and correct".

                                                Respectfully Submitted by

                                                *Neville M. Russell*
                                                Neville M. Russell

Executed on the 1st day of April, 2000

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

---

Neville M. Russell
        PETITIONER,

V.

IMMIGRATION & NATURALIZATION

SERVICE (ET-AL)

PRO-SE

AFFIRMATION OF SERVICE

---

I Neville Russell Declare under the penalty of perjury, that i have on the __1st__ day of __April__, 2000 placed and submitted the within __four (4)__ copies of the attatched moving papers, to be mailed through the institutional mailroom facility at __York County Prison, Pennsylvania__ to the following parties:

| | |
|---|---|
| The Clerk of the Court | |
| U.S. DISTRICT Court | Submitted by |
| Middle District of Pennsylvania | *Neville M. Russell* |
| 235 North Washington Avenue | Neville M. Russell, (PRO-SE) |
| Scranton, PA. 18501-1148 | PETITIONER |
| | |
| U.S. Attorney | York County Prison |
| Middle District of Pennsylvania | York, PA. 17402 |
| 228 Wallnut Street | |
| Harrisburg, PA. 17108 | |
| JANET RENO, U.S. Attorney General, U.S. Department of Justice 10th and Constitutional Ave, NW Washington DC 20530 | |

Executed on the __1st__ day of __April__, 2000

Doris Meissner, INS Commissioner
425 "I" Street, NW Room 1203
Washington, DC 20530