*PPSLC Schimelfenis*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

APR 1 7 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

NEVILLE M. RUSSELL,                    :
            Petitioner                 :
                                       :
    v.                                 :    CIVIL NO. 1:CV-00-0536
                                       :
IMMIGRATION AND NATURALIZATION         :    (Judge Kane)
SERVICE,                               :
            Respondent                 :

## ORDER

NOW, THIS /7th/ DAY OF  APRIL, 2000, IT IS HEREBY ORDERED THAT:

1.    Petitioner's application to proceed in forma pauperis (Doc. 2) is

GRANTED.

2.    The Clerk of Court is directed to serve a copy of the above-captioned

petition for writ of habeas corpus on respondent and the United States Attorney.

3.    Within twenty (20) days of the date of this order, respondent shall respond

to the allegations in the petition.

4.    A determination whether petitioner should be produced for a hearing will

be held in abeyance pending submission of a response.

5.    Petitioner shall, if he so desires, file a reply to the response within fifteen

(15) days of its filing.

_____

YVETTE KANE
United States District Judge

YK:mcs