## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Immigration + naturalization Serv.
1660 Callowhill St
Philadelphia, Pa 19130

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature: X Janet
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes / ☐ No

[Postmark: FAIRMOUNT, PA 19130, MAR 18 2000]

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): Z 265 757 539

1-00-CV-536 ∫ C. Order 4-11-00

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

---

⑤
4-26
Knvr

**FILED**
**APR 25 2000**
PER [signature]
HARRISBURG, PA. — DEPUTY CLERK

1-00-CV-536
Show Cau
Order
4-11-00

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

U. S. Attorney General, Janet Reno
Room #511, Main Justice Building
10th & Constitution Avenue
Washington D. C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): James R. Parker
B. Date of Delivery
C. Signature: X  APR 19 2000
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type:
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label):
1-00-CV-536 ∫ C. Order 4-11-00

Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

---

## Receipt 3

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

David Barasch, U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

**COMPLETE THIS SECTION ON DELIVERY**

C. Signature: X Monleen
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes / ☐ No

3. Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label):
1-00-CV-536 ∫ C. Order 4-11-00

Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789