*Copy 7*

# JUDGE'S COPY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NEVILLE M. RUSSELL,                    :

             Petitioner      :      No. 1:CV-00-0536

                         :

        v.                     :      (Judge Kane)

                         :

IMMIGRATION AND NATURALIZATION         :

SERVICE,                               :

            Respondent      :

FILED
HARRISBURG, PA

MAY 0 8 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## RESPONDENT'S EXHIBITS IN SUPPORT
## OF ITS RESPONSE TO HABEAS CORPUS PETITION

DAVID M. BARASCH
United States Attorney

KATE L. MERSHIMER
Assistant United States Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA    17108-1754
(717) 221-4482

Date:  May 8, 2000



Immigration and Naturalization Service
Philadelphia District
1600 Callowhill Street
Philadelphia, PA 19130

TO:        Executive Office for Immigration Review
Office of the Immigration Judge
3434 Concord Road
York, PA 17402

RE:        PHI / DETAINED ALIENS

Alien's Name: **RUSSELL, NEVILLE**

Alien #: **75-805-774**    Country: **JAMAICA**

Detained at:

| | | | |
|---|---|---|---|
| ✗ York Co. Prison | ___ Berks Co. Prison | ___ Snyder Co. Prison | ___ Lehigh Co. Prison |
| 3400 Concord Rd. | RD 1 1248 County Rd. | 600 Old Colony Rd. | 88 N. 4th Street |
| York, PA 17402 | Leesport, PA 19633 | Selinsgrove, PA 17870 | Allentown, PA 18102 |

_____
_____
_____

NTA/I-286 Served on EOIR on: **Ut 2-24-99**

Alien Request:

_____ Prompt Hearing

**X** Bond Redetermination

_____ Other _____

# RUSH
## DETAINED AT GOVERNMENT EXPENSE

Exhibit 1

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice to Appe**

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No.    A75 805 774

In the Matter of:

Respondent:                         RUSSELL, Neville                    currently residing
NYC Correctional Institution for Men; Bldg C-76; 10-10 Hazen Street;  East Elmhurst, NY 11370

(Number, street, city, state and zip code)                    (Area code and phone num

AKA: ☐ NO ☒ YES - SEE ATTACHED I-831

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

SEE ATTACHED I-831 FOR ALLEGATIONS

On the basis of the forgoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

SEE ATTACHED I-831 FOR PROVISION(S) OF LAW

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
TO BE CALENDARED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION JUDGE

|     | TO BE CALENDARED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION JUDGE | at | TO BE CALENDARED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION JUDGE | to show why you should not be removed from the |
|-----|------|-----|------|------|
| on  | (Date) | | (Time) | United States based on the charge(s) set forth above. |

(Complete Address of Immigration Court, Including Room Number, if any)

*James J. Mooney*
Acting Deputy Assistant District Director for Investigation
(Signature and Title of Issuing Officer)

New York, New York
(City and State)

Date:    01/14/99

See reverse for important information



## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before: _____

Date: _____

_____
(Signature and Title of INS Officer)

### Certificate of Service

This Notice to Appear was served on the respondent by me on ___1-19-99___ , in the following manner and in
                                                                    (Date)
compliance with section 239(a)(1)(F) of the Act:

☒ in person          ☒ by certified mail, return receipt requested          ☐ by regular mail

☐ Attached is a list of organizations and attorneys which provide free legal services.

☐ The alien was provided oral notice in the ___English___ language of the time and place of his or her hearing and of consequences of failure to appear as provided in section 240(b)(7) of the Act.

X _____
(Signature of Respondent if Personally Served)

_Peter Delina_  SA
(Signature and Title of Officer)

**U.S. Department of Justice**

Immigration and Naturalization Service

Continuation Page for Form    I-862

| Alien's Name | File Number | Date |
|---|---|---|
| RUSSELL, Neville | A75 805 774 | January 14, 1999 |

## ALLEGATIONS:

1. You are not a citizen or national of the United States;

2. You are a native of Jamaica and a citizen of Jamaica;

3. You were admitted to the United States at New York, New York, on or about July of 1990, as a non-immigrant visitor for pleasure with permission to remain in the United States for a temporary period not to exceed six months;

4. You remained thereafter in the United States without authorization from the Immigration and Naturalization Service;

5. You were convicted of the crime of Criminal Possession of a Marijuana in the Third Degree, in violation of Section 221.20 of the New York State Penal Law, pursuant to a judgement entered on or about November 10, 1998, by the Supreme Court of the State of New York, County of Queens under Indictment Number N10014-98.

## CHARGES:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted.

Section 237(a)(2)(B)(i) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act [21 U.S.C. 802]), other than a single offense involving possession for one's own use of 30 grams or less of marijuana.

AKA:   RUSSELL, Neville M.;   RUSSLEE, Neville M;   RUSSEL, Neville;   RODRIGUEZ, Jesus;   HALEY, Winston M..

| Signature | Title |
|---|---|
|  | Acting Deputy Assistant District Director for Investigations |

U.S. Department of Justice
Immigration and Naturalization Service



# Warrant for Arrest of Alien

**File No.**     A75 805 774

**Date:**     01/14/99

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

RUSSELL, Neville
(Full name of alien)

an alien who entered the United States at or near     New York, New York     on

(Port)

July 1990     . is within the country in violation of the Immigration laws and is

(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

*James J. Mooney*
(Signature of authorized INS official)

James J. Mooney
(Print name of official)

Acting Deputy Assistant District Director for Investigations, NY NY
(Title)

## Certificate of Service

Served by me at _____ 2cl march steel, N1 100 _____ on _____ 2/2 3/9 _____ at _____ 22 ~~ _____ am.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

(Signature of officer serving warrant)

(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Custody Determination

| Name: | Date: | File Number: |
|---|---|---|
| Russell, Neville | 02/23/1999 | A75 805 774 |

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of Title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until your departure is effected, you shall be:

[X] detained in the custody of this Service.

[ ] released under bond in the amount of $ _____.

[ ] released on your own recognizance.

[ ] You may request a review of this determination by an immigration judge.  [X] You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_____
(Signature of Issuing Officer)

Acting **Deputy Assistant District Director For Detention and Deportation**
_____
(Name and Title of Issuing Officer)

New York/New York
_____
(INS Office of Issuance)

[X] I do   [ ] I do not request a redetermination of this custody decision by an immigration judge.

[X] I acknowledge receipt of this notification.

_____
(Signature of respondent)

2 | 23 | 1999
_____
(date)

---

### RESULT OF CUSTODY DETERMINATION

On _____, 19____, custody status/conditions for release were reconsidered by:

[ ] Immigration Judge        [ ] District Director        [ ] Board of Immigration Appeals

The results of the redetermination/reconsideration are:
[ ] No change--Original determination upheld.          [ ] Release--Order of Recognizance
[ ] Detain in custody of this Service.                 [ ] Release--Personal Recognizance
[ ] Bond amount reset to: _____              [ ] Other: _____

Form I-286 (Rev. 4-1-97)N

NYSP HIQR KINS
INPUT SEQUENCE NUMBER C  5 HAS BEEN CORRECTED TO  9

N 0904-0904 12/15/98   ROSQ# KINS 38410   RDSQ# 03050670   PART 001 OF 001
DCJS HIQR KINS 0905
07099

COMPUTER RESPONSE - DCJS RECORDS INDICATE THE III STATUS IS
UNKNOWN.  SUBMIT A TYPE 2 INQUIRY TO NCIC III TO DETERMINE IF
CHRI IS AVAILABLE THROUGH III.KINS07099

KINS HIQR DCJS
07096    FILE 15 TYPE 3 RAP REQUEST DCJS (AND NCIC) OR SINGLE EVENT   PUR/C & F
.OPERATOR/ .LOG/KINS.CONFIDENTIAL LOG/N
.COURT CONTROL#/*          .EVENT DATE/*
.PUR/C.REASON/CRI.ORI/NYINSNYSO.CASE#/ANYC
.NAM/CASTILLO,CARLOS
.SID/NY8710412Y.NCIC III/Y
.REQUESTOR'S NAME/COLON,H
.COMMENTS/CRIMINVST

E 0904-0904 12/15/98   ROSQ# KINS 38419   RDSQ# 03051132   PART 001 OF 001
NYSP HIQR KINS
INPUT SEQUENCE NUMBER 07096 HAS BEEN CORRECTED TO 07100

N 0904-0904 12/15/98   ROSQ# KINS 38420   RDSQ# 03051507   PART 001 OF 001
DCJS HIQR KINS 0905
07100

COMPUTER RESPONSE ~ DCJS RECORDS INDICATE THE III STATUS IS
UNKNOWN.  SUBMIT A TYPE 2 INQUIRY TO NCIC III TO DETERMINE IF
CHRI IS AVAILABLE THROUGH III.KINS07100

EXHIBIT 2




N 0904-0905 12/15/98   ROSQ# KINS 38421   RDSQ# 03052143   PART 001 OF 005
NCJS HIST KINS 0905
            FILE 15   DCJS ALBANY NY001015Y   DEC  15,1998 REPLY
TO
MESA 07099      FILED 12-15-98

DATE   12-15-98                STATE OF NEW YORK              TRAN NO   07099
TIME   0903          DIVISION OF CRIMINAL JUSTICE SERVICES   PAGE     1
FAX NO
         CONFIDENTIAL TO:      IMM NAT SVC                    DOB 09-21-60
                              26 FEDERAL PLAZA RM 11130       RAC BLACK
                              NEW YORK          NY            SEX MALE
                                        10278 0004            HGT 5-09
         [983005Z ]                                          SOC
                                                             FBI 524070E82
!INPUT NAME   RUSSELL,NEVILLE            ! !NYSID  8587311Y! III NYS ONLY

                     NAMES USED BY SUBJECT                  [REMOTE INQUIRY
    RUSSELL,NEVILLE M                        RUSSEL,NEVILLE
    RUSSLEE,NEVILLE M                        RODRIGUEZ,JESUS

              ⟨ ⟨ ⟨ ⟨ ⟨ ⟨ ⟨ CRIMINAL HISTORY ⟩ ⟩ ⟩ ⟩ ⟩ ⟩ ⟩.

!     ARREST      !  ARREST/ARRAIGNMENT CHARGES  !       DISPOSITION AND
!   INFORMATION   !                              !         RELATED DATA

ARR DT/PL 10-29-97!    - - ARREST - -           !     - - DISPOSITION - -
NYCPD 113         !CRIM POSS MARIHUANA-3RD:8 OZ !11-10-98  SUP CRT QUEENS CO
                  !PL    221.20       NO SUB    !          IND # N10014-98
CRM DATE: 10-29-97!CLASS E FEL       NCIC 3599!CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:      !                             !
NYCPD 113         !CRIM SALE MARIHUANA-4TH      !THE FOLLOWING CHARGE(S):
                  !PL    221.40       NO SUB    !CRIM POSS MARIHUANA-3RD:8 OZ
ARR#/AGY Q97053558!CLASS A MISD      NCIC 3599!PL    221.20       NO SUB
NYCPD PCT 113     !  .   .    .   .   .    .   !CLASS E FEL       NCIC 359

CRT CON# 50256678L!    - - ARRAIGNMENT - -      !SENT    6 MONTHS
                  !                             !LICENSE SUSPENDED   6 MONTHS
FAX NO    QD40296 !CRIM POSS MARIHUANA-3RD:8 OZ !SENTENCED ON   11-10-98
ORACLE # 17530943 !PL    221.20       NO SUB    !
                  !CLASS E FEL       NCIC 3599!
                  !                             !  .   .    .   .   .    .
                  !CRIM POSS MARIHUANA-3RD:8 OZ !
                  !PL    221.20       NO SUB    !10-30-97   CRIM CRT QUEENS
                  !CLASS E FEL       NCIC 3599!          DKT # 97Q049433
                  !                             !INITIAL REPORT OF DOCKET
                  !CRIM SALE MARIHUANA-4TH      !NUMBER
                  !PL    221.40       NO SUB    !
                  !CLASS A MISD      NCIC 3599!  .   .    .   .   .    .
                  !                             !
                  !                             !10-30-97   CRIM CRT QUEENS
                  !                             !          DKT # 97Q049433
                  !                             !ARRAIGNED




N 0904 0905 12/15/98  ROSQ# KINS 3842:  ROSU# 0.052143  PART 002 OF 005
DATE    12-15-98                                    PAGE      2
NAME    RUSSELL,NEVILLE                   NYCID  0502031Y   TRAN NO  57099

```
            ( ( ( ( ( ( ( CRIMINAL HISTORY ) ) ) ) ) ) )

! ┌──────────┐ ! ┌───────────────────────┐ ! ┌─────────────────────┐
!     ARREST         !  ARREST/ARRAIGNMENT CHANGES  !      DISPOSITION AND
!   INFORMATION      !                              !       RELATED DATA
!──────────────      !─────────────────────────     !─────────────────────
                     !                              !       IND # N10014-98
                     !                              !BENCH WARRANT ISSUED,
                     !                              !CONVICTED, SENTENCE PENDING
                     !                              !
                     !                              !
                     !                              !
                     !                              !10-19-98  SUP CRT QUEENS CO
                     !                              !              IND # N10014-98
                     !                              !RETURNED ON WARRANT
                     !                              !
                     !                              !
ARR DT/PL 11-25-97!       - - ARREST - -          !      - - DISPOSITION - -
NYCPD 113         !CRIM SALE MARIHUANA-4TH         !11-26-97  CRIM CRT QUEENS
                  !PL    221.40       NO SUB       !            DKT # 97Q054003
CRM DATE: 11-25-97!CLASS A MISD         NCIC 3599!CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:      !                                !
NYCPD 113         !                                !THE FOLLOWING CHARGE(S):
                  !    - - ARRAIGNMENT - -         !DISORDERLY CONDUCT
ARR#/AGY Q97058428!                                !PL    240.20       NO SUB
NYCPD PCT 113     !CRIM SALE MARIHUANA-4TH         !       VIOL          NCIC 531
                  !PL    221.40       NO SUB       !
CRT CON# 50280757N!CLASS A MISD         NCIC 3599!CONDITIONAL DISCHARGE
                  !                                !COMMUNITY SERVICE   10 DAYS
FAX NO    QD44361 !                                !SENTENCED ON    11-26-97
ORACLE # 17630943 !                                !
                  !                                !
                  !                                !10-19-98  CRIM CRT QUEENS
                  !                                !            DKT # 97Q054003
                  !                                !RESENTENCED
                  !                                !
                  !                                !CONDITIONAL DISCHARGE
                  !                                !SENTENCED ON    10-19-98
                  !                                !
                  !                                !
                  !                                !11-26-97  CRIM CRT QUEENS
                  !                                !            DKT # 97Q054003
                  !                                !ARRAIGNED
                  !                                !
                  !                                !01-27-98  CRIM CRT QUEENS
```

(CONT. NEXT PAGE)

N 0904-0905 12/15/98   ROSQ# KINS 38421   ROSQ# 03052143   PART 003 OF 005
DATE    12-15-98                                                    PAGE      3
NAME    RUSSELL,NEVILLE                      NYSID  8587311Y   TRAN NO  07099

‹ ‹ ‹ ‹ ‹ ‹ ‹ CRIMINAL HISTORY › › › › › › ›

| ! ARREST INFORMATION | ! ARREST/ARRAIGNMENT CHARGES | ! DISPOSITION AND RELATED DATA |
|---|---|---|
| | | !10-19-98  CRIM CRT QUEENS<br>!         DKT # 97Q054003<br>!RETURNED ON WARRANT |
| ARR DT/PL 12-23-97!<br>NYCPD 113<br><br>CRM DATE: 12-23-97<br>CRIME PLACE:<br>NYCPD 113<br><br>ARR#/AGY Q97063216<br>NYCPD PCT 113<br><br>CRT CON# 50304977H!<br><br>FAX NO    0005874<br>ORACLE # 16840443 | - ARREST -<br>!CRIM SALE MARIHUANA 4TH<br>!PL    221.40        NO SUB<br>!CLASS A MISD       NCIC 3599<br>!<br>!C/P MARIHUANA-5TH:PUBLIC PLACE<br>!PL   221.10        SUB 01<br>!CLASS B MISD       NCIC 3599<br>!<br>!<br>- - ARRAIGNMENT - -<br>!<br>!CRIM SALE MARIHUANA-4TH<br>!PL   221.40        NO SUB<br>!CLASS A MISD       NCIC 3599!<br>!<br>!C/P MARIHUANA-5TH:PUBLIC PLACE!<br>!PL   221.10        SUB 01<br>!CLASS B MISD       NCIC 3599! | - DISPOSITION<br>!12-24-97  CRIM CRT QUEENS<br>!         DKT # 97Q058526<br>!CONVICTED UPON PLEA OF GUILTY<br>!THE FOLLOWING CHARGE(S):<br>!DISORDERLY CONDUCT<br>!PL    240.20        NO SUB<br>!         VIOL      NCIC 531<br>!<br>!CONDITIONAL DISCHARGE<br>!COMMUNITY SERVICE   15 DAYS<br>!SENTENCED ON    12-24-97<br>!<br>!<br>!10-19-98  CRIM CRT QUEENS<br>!         DKT # 97Q058526<br>!RESENTENCED<br>!<br>!<br>!CONDITIONAL DISCHARGE<br>!SENTENCED ON    10-19-98<br>!<br>!<br>!12-24-97  CRIM CRT QUEENS<br>!         DKT # 97Q058526<br>!ARRAIGNED<br>!<br>!( 18-98  CRIM CRT QUEENS |

(CONT. NEXT PAGE)

```
N 0904-0905 12/15/98  RDSQ# RIN. 3L421  RDSQ# 03052143  PART 004 OF 005
DATE   12 15 98                                          PAGE     4
NAME   RUSSELL,NEVILLE              NYCID  8587311Y  TRAN NO   07099
```

```
        < < < < < < ( CRIMINAL HISTORY ) > > > > > >

!      ARREST     !  ARREST/ARRAIGNMENT CHARGES  !      DISPOSITION AND
!    INFORMATION  !                              !       RELATED DATA

                  !                              !10-19-98  CRIM CRT QUEENS
                  !                              !          DKT # 970058526
                  !                              !RETURNED ON WARRANT
                  !                              !
                  !                              !

ARR DT/PL 10-16-98!   - - ARREST - -            !    - - DISPOSITION - -
NYCPD 46          !CRIM SALE MARIHUANA-4TH       !10-17-98  CRIM CRT BRONX
                  !PL    221.40      NO SUB      !          DKT # 98X066371
CRM DATE: 10-16-98!CLASS A MISD        NCIC 3599!CONVICTED UPON PLEA OF GUILT
CRIME PLACE:      !                              !
NYCPD 46          !C/P MARIHUANA-5TH:PUBLIC PLACE!THE FOLLOWING CHARGE(S):
                  !PL    221.10     SUB 01       !CRIM SALE MARIHUANA-4TH
ARR#/AGY B98068700!CLASS B MISD       NCIC 3599!PL    221.40      NO SUB
NYCPD PCT 046     !                              !CLASS A MISD        NCIC 35
                  !                              !
CRT CON# 50581763N!   - - ARRAIGNMENT - -       !SENT  TIME SERVED
                  !                              !SENTENCED ON   10-17-98
FAX NO   B025932  !CRIM SALE MARIHUANA-4TH       !
ORACLE # 17540946 !PL    221.40      NO SUB      !
                  !CLASS A MISD       NCIC 3599!
                  !                              !
                  !C/P MARIHUANA-5TH:PUBLIC PLACE!10-17-98  CRIM CRT BRONX
                  !PL    221.10     SUB 01       !          DKT # 98X066371
                  !CLASS B MISD       NCIC 3599!ARRAIGNED
                  !                              !
```

```
        < < < < < < ( OTHER INFORMATION ) > > > > > >

LATEST UPDATED PERSONAL DESCRIPTORS:  EYES/BROWN   HAIR/BLACK    WGT 165 LB

NCIC FINGERPRINT CLASSIFICATION  P06412P0P010PM14PMPI

DOB INFO! SEPT 21,1963 ! SEPT 21,1964 ! SEPT 21,1960

POB INFO! UNKNOWN        ! JAMAICA        ! JAPAN

NAME AND! REPORTED ON  !       INFORMATION
 ADDRESS!
        !OCT  29,1997! RUSSELL,NEVILLE M
        !         !32    MOTT AVE            FAR ROCKAWY      NEW YORK
```

```
               !622    BCH 22 ST.              QUEENS           NEW YORK
 !OCT  16,1998!   DRIGUEZ,JESUS                                 NEW YORK
 !           !288 E    BURNSIDE AV             BRONX            NEW YORK
```

( CONT. NEXT PAGE )

```
N 0904-0905 12/15/98   ROSQ# KINS 38421   RDSQ# 03052143   PART 005 OF 005
DATE    12-15-98                                           PAGE      5
NAME    RUSSELL,NEVILLE                  NYSID  8587311Y   TRAN NO  07009
```

           < < < < < < < OTHER INFORMATION > > > > > > >

! TYPE  !                       INFORMATION

WHERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN ONE
CHARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE CONCURRENT
UNLESS IDENTIFIED AS CONSECUTIVE.

THIS RESPONSE IS BASED ON A NYSID NUMBER SUPPLIED BY YOUR AGENCY.

           ALL ENTRIES ARE AS COMPLETE AS THE DATA FURNISHED TO DCJS.
                    KATHERINE N. LAPP, COMMISSIONER



THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION
N.Y.C. CORRECTIONAL INSTITUTION FOR MEN
10-10 HAZEN STREET
EAST ELMHURST, N.Y. 11370

MICHAEL P. JACOBSON
COMMISSIONER

GLEN SYLVES
WARDEN

CERTIFICATION
NEW YORK CITY DEPARTMENT OF CORRECTION
CORRECTIONAL INSTITUTION FOR MEN

DATE: 11/19/98

TO:        IMMIGRATION US INS/INVESTIGATIONS

SUBJECT: CERTIFICATION

I, _Gloria London_ an employee of the New York City Department of Correction, Correctional Institution For Men, and hereby certify that this document is an exact duplicate of the original record contained within the inmate's records and that it is a true and accurate copy.

Name/Title

Date: 11/19/98

EXHIBIT 3

# NEW YORK STATE SUPREME COURT
## Queens County, Part _N 60_



## SENTENCE & COMMITMENT

| THE PEOPLE OF THE STATE OF NEW YORK | |
|---|---|
| VS. | Ind. No: _N10014-98_ |
| | Date: _11-10 98_ |
| _Neville Russell_ | Hon: _Cross_ |
| | Justice. |
| M    9.21.63   8 5 8 7 3 1 1 4 | Court Reporter: _Dunnon_ |
| **SEX    DOB    NYSID NUMBER** | |

The defendant having been
☑ convicted of the crime(s) of:
☐ adjudicated a Youthful Offender:

crime(s)
2-21-20   CPM 30
MARIJUANA

It is the Judgment of the Court that the defendant be and hereby is sentenced to
☐ an indeterminate term of imprisonment which shall have a:
☑ definite term of imprisonment of:
☐ determinate term of imprisonment of:
(specify days, mos. or yr.)    SIX MONTHS

min term (yrs)     max term (yrs)

as a
☐ second felony offender
☐ persistent felony offender
☐ juvenile Offender   date crime committed _____
☐ violent felony offender with prior nonviolent felony offense
☐ second violent felony offender
☐ persistent violent felony offender

and/or

☐ pay a fine of $ _____ or serve a term of _____ days
and that this sentence shall run concurrent with
consecutive to

The defendant shall pay:
☑ a surcharge of $ _150_   or serve a term of _____ days   ☑ from inmate funds
☑ a Crime Victim Assistance Fee of $ _____    ☑ from inmate funds

The defendant is hereby committed to the custody of the New York City Department of Correction to be delivered to:
☑ New York State Department of Correctional Services until released according to law.
☐ New York City Correctional Institution for Men/Women until released according to law.
☐ New York State Division for Youth to be housed in a secure facility until released according to law.
☐ Court directs sentence to be executed as a sentence of Parole Supervision.

Defendant's home address: _3 2 MOTOTT AV.    FAR ROCKAWAY N.Y._
(number & street)    (city, state, zip)

REMARKS: _____

Hon. Gloria D'Amico
Clerk of the Court

_Joseph P Hughes_

Court Clerk

IMMIGRATION COURT
3434 CONCORD ROAD
YORK, PA  17402

In the Matter of

Case No.: A75-805-774

RUSSELL, NEVILLE
Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on .
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X] The respondent was ordered removed from the United States to
        Jamaica                                   or in the alternative
[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to
    alternative to
[ ] Respondent's application for voluntary departure was granted until
        upon posting a bond in the amount of $ _____
    with an alternate order of removal to
[ ] Respondent's application for asylum was ( )granted  ( )denied
    ( )withdrawn.
[ ] Respondent's application for withholding of removal was ( )granted
    ( )denied  ( )withdrawn.
[ ] Respondent's application for cancellation of removal under section
    240A(a) was ( )granted  ( )denied  ( )withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted
    under section 240A(b)(1)   ( ) granted under section 240A(b)(2)
    ( ) denied  ( ) withdrawn.  If granted, it was ordered that the
    respondent be issued all appropriate documents necessary to give
    effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA w
    ( )granted  ( )denied  ( )withdrawn or ( )other.
[ ] Respondent's application for adjustment of status under section _____
    of the INA was ( )granted  ( )denied  ( )withdrawn.  If granted, it
    was ordered that respondent be issued all appropriate documents necessa
    to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____
    Date:
    Appeal: WAIVED   Appeal Due By:

                    April 11, 1999

                                        WALTER A. DURLING
                                        Immigration Judge

RYS
                                        March 16, 1999

EXHIBIT 4



**U.S. Department of Justice**
Immigration and Naturalization Service

*1600 Callowhill Street*
*Philadelphia, PA 19130*

*April 19, 1999*

Lincoln Downer
Consulate of Jamaica
767 3rd Avenue
New York, NY 10017

Dear Mr. Downer,

Please accept this letter with the enclosed documents as a formal request for an emergency travel document on behalf of Neville RUSSELL, a native and citizen of Jamaica.

Mr. Russell entered the United States at New York, NY in July of 1990. On or about 11/10/98, Mr. Russell was convicted by the Supreme Court of the State of New York for Criminal Possession of a Controlled Substance. He appeared before an Immigration Judge on March 16, 1999 to answer the charges on the attached notice to Appear. On this date, he was ordered deported from the United States by the Immigration Judge. *See attached Removal Order*. Mr. Russell reserved his right to appeal the decision in his case. However, after the 30 day appeal window he had not filed for an appeal thus, his order by the Immigration Judge became final.

Mr. Russell will be scheduled to depart the United States upon receipt of a travel document. Once confirmed, a copy of his itinerary will be sent to you if so requested. Because Mr. Russell is detained at Service expense, a prompt response would be most appreciated.

Should you need any further information to assist you in this or any other matter, please contact Deportation Officer Jeffrey D. Lynch at 717-840-7245 or fax 717-840-7254.

Very truly yours,

Theodore R. Nordmark
Assistant District Director for Deportation

enclosure:    Notice to Appear
              Order of Immigration Judge
              I-217
              Eight Photographs
              Fingerprints

EXHIBIT 5

 

**U.S. Department of Justice**
Immigration and Naturalization Service

_1600 Callowhill Street_
_Philadelphia, PA 19130_

_June 1, 1999_

Lincoln Downer
Consulate of Jamaica
767 3rd Avenue
New York, NY 10017

Dear Mr. Downer,

On April 19, 1999 a travel document packet was mailed to you by this office requesting an emergency travel document for Mr. Neville Russell. Mr. Russell's family has since provided an original Birth Registration Form #8016 to expedite his removal to Jamaica.

I am forwarding this document to you for assistance in the travel document issuing process. I hope this additional documentation will make your job easier and possibly expedite the issuance of a travel document with which Mr. Russell can return home.

Should you need any further information to assist you in this or any other matter, please contact Deportation Officer Jeffrey D. Lynch at 717-840-7245 or fax 717-840-7254.

Very truly yours,

Jeffrey D. Lynch
Deportation Officer

EXHIBIT 6

 

**U.S. Department of Justice**
Immigration and Naturalization Service
Philadelphia District

---

*1600 Callowhill Street*
*Philadelphia, PA  19130*

November 3, 1999

USINS - HQOPS / DDP
801 I Street, NW
Suite 800 - Attn.: Ellarine Alston
Washington, D.C. 20536

Dear Ms. Alston,

Please accept this letter as a follow-up letter to a previously submitted formal request for an emergency travel document on behalf of Neville RUSSELL, A75 805 774, a native and citizen of Jamaica.

A formal request for a travel document was submitted to the Jamaican Consulate in New York on April, 19, 1999, with a follow-up request again done on June 1, 1999. This office has received no response as of this date. If possible, this office would be interested in knowing the status of the case in regards to the issuance of the travel document so that we may update our records. This information is also helpful when corresponding with Mr. Russell.

Once the Jamaican Embassy or Consulate notifies the Service that a travel document is ready to be issued, an itinerary will be scheduled and confirmed and submitted to the office issuing the travel document. Because Mr. Russell is detained at Service expense, and he is the subject of a final order of removal, the prompt issuance of a travel document is important.

Should you need any further information to assist you in this or any other matter, please contact Deportation Officer Jeffrey D. Lynch at 717-840-7245 or fax 717-840-7254.

Very truly yours,

Theodore R. Nordmark
Assistant District Director for Deportation

EXHIBIT 7



**U.S. Department of Justice**

Immigration and Naturalization Service
Philadelphia District

---

*1600 Callowhill Street*
*Philadelphia, PA 19130*

**RUSSELL, Neville**
C/O York County Prison
53311
3400 Concord Road
York, PA 17402

A75 805 774

## Notice to Alien of File Custody Review

You are detained in the custody of the Immigration and Naturalization Service (INS) and you are required to cooperate with the INS in effecting your removal from the United States. If the INS has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days) of either: 1) your entering INS custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in INS custody, the INS District Director will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating by "clear and convincing evidence" that you will not pose a danger to the community and will not be a significant flight risk.

Your custody status will be reviewed on or about: <u>February 5, 2000</u> . The District Director may consider, but is not limited to considering the following:

1. The nature and seriousness of your criminal convictions;
2. Other criminal history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Prior immigration violations and history; and
10. Cooperation in obtaining your travel document.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf.

U.S. Department of Justice
**Immigration and Naturalization Service**
Attn: Joel T. Mikelson Deportation Officer
3400 Concord Road
York, PA 17402

## METHOD OF SERVICE

I certify that this form was provided to the alien by:          (Hand)          (Institution Mail)
( ) CC: Attorney of Record or Designated Representative
(A)-CC: A-file

| | | |
|---|---|---|
| _Signature of Officer_ | Joel T Mikelson Do _Print Name of Officer_ | 1/5/2000 _Date_ |

(Final 10/99)

Exhibit 8

NEVILLE RUSSELL ( A 75 805774)

3400 CONCORD RD.

YORK PA. 17402

JANUARY 21, 00.


UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION & NATURALIZATION SERVICE

ATT. : OFFICER JOEL T. MIKELSON

3400 CONCORD ROAD .

YORK PA. 17402.


      I am writing in respect of my custody status review

which will be coming up on FEBRUARY 5,00. I have already send a

request to the DISTRICT DIRECTOR for SUPERVISION RELEASE in which

a copy is hereby forwarded to you.

I have made mistakes in my life, and I regretted what I have done

and have already pay the price in a big way.

WHILE I have been Incarcerated, I have rehabilitated myself  and

is ready to move on with my life. I have  accomplished a lot

while incarcerated and have addressed all of my problems in  which

I beleive will be helpful to me, IF I am given a chance.

I beleive that all human being in life  deserve a second chance,

I would not abuse the PRIVELEDGE . WE human beings are bound to

make mistakes, but only fools persists in error.  I will be looking

forward to your assistance and recommendation before the DISTRICT

DIRECTOR.

    ATTATCHED are copies of RECOMMENDATION.

THANKS for your time and consideration.

CC. Acting District Director
    Frances M. Holmes
    I.N.S.

RESPECTFULLY SUBMITTED.

NEVILLE RUSSELL

EXHIBIT 9

## POST ORDER CUSTODY REVIEW WORKSHEET FOR FILE REVIEW
## AND/OR INTERVIEW

**Detainee Name:**         **Date of Birth:**     **"A" Number:**

       Neville RUSSELL       9/21/63        A75 805 774

**AKAs:**   see NCIC printout     **BOP Number:**

**Country of Birth:** Jamaica     **Citizenship:**  Jamaica

**Date of Arrival:**   7/1990     **Place of Arrival:**    NYC

**Manner of Arrival:**  B-2     **Last Date into INS Custody:**    2/23/99

**Entered INS Custody from:**     X    **Local, State, or Federal Institution**

                                ☐    **Other**

**Location:** Rikers Island          **Institution Number:** 798-5497
           Queens, NY
**Immigration History:**  (Prior INS arrest[s]/parole/bond/custody information)

      Describe:

**Deportation Officer:** Joel T. Mikelson       **Date of Review:**    2/12/00

**Location Detained:**  York County Prison

### Deportation/Exclusion/Removal Proceedings

**List all Charges:**    X     Section 237 (a)(1)(B)    ,237(a)(2)(B)(i)
                 ☐     Section 212 (a)    ,   ,
                 ☐     Section 241       ,   ,

☐    Under <u>Final Order</u> dated 3/16/99  by X IJ ☐ BIA ☐ Other

X    Appeal Waived/Appeal Time Elapsed

**Travel Document Status/History:**   4/19/99 TD requested from the Jamaican Consulate in NYC
                                 6/1/99   Follow-up letter to the Consulate in NYC
                               11/3/99 TD requested through HQOPPS/DDP

EXHIBIT 10

## Legal Representative / Attorney

**G-28 Filed:** ☐ Yes    X  No

**Notification of Interview Made:** ☐ Yes    ☐ N/A    by:    on:

**Name of Representative / Attorney:**

**Mailing Address:**    **Telephone Number:**

**Present during interview:**    ☐ Yes    ☐ No

## Criminal History

**Outside the United States:**   Unknown/ none claimed
(specify nature of crime, whether convicted, sentence imposed, date, and country)

**In the United States:**

**NCIC Checks:**    X  Criminal History Attached ☐  No record Found
                    (State and Federal)

   Summary of NCIC Checks:  **Convictions:** 11/26/97 Disorderly Conduct (drug related),
12/24/97 Disorderly Conduct (drug related), 10/17/98 Criminal Sale of Marijuana and, 11/10/98
Criminal Possession of Marijuana  **Bench Warrants Issued** 1/27/98, 2/18/98 and, 2/19/98

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**    ☐ Yes    ☐ No

   If Yes, List & Describe:    Unknown

   Source:

**Disciplinary reports and Incidents while in INS Custody?**    ☐ Yes    ☐ No

   If Yes, List & Describe:    Unknown

## Specifics of Interview

**Date of File Review**:

**Date of Detainee Interview**:          NO INTERVIEW HELD

**Location of Interview**:

**Interviewing Officer:#1**:

                    #2:    (optional)

**Interpreter Used**:    ☐ Yes        ☐ No        Name:
**Language/Dialect**:

---

**Does the detainee have a place to live in the United States?**        ☐ Yes        ☐ No

      Address:

**Is the detainee subject to any parole or probation requirements?**        ☐ Yes        ☐ No

      Describe:

**Does the detainee have close family ties within the United States?**        ☐ Yes        ☐ No

      Describe:

**Does the detainee have any community ties or non-governmental sponsors?**
                    ☐ Yes        ☐ No
      Describe:

**Does the detainee have any employment prospects?**        ☐ Yes        ☐ No

      Describe:

**What is the detainee's employment history?**

      Describe:

**What is the detainee's educational level?**

      Describe:

**Does the detainee have any vocational training?**

      Describe:

## Medical/Psychological Concerns

**Medical/Psychological Report / Summary:**  ☐ Attached   X None   ☐ Not Available

**Date and Source:**

**Other documentary evidence for consideration in this review:**

A letter from Mr. Russell dated 1/21/00
An undated letter from Diane Blacker (the Mother of Mr. Russell's child)

## Discussion at Interview

**Notes:**

### NO INTERVIEW HELD

The INS detainee was found ☐ **CREDIBLE**      ☐ **NOT CREDIBLE**
**Explain:**

## Officer Comments/Analysis & Recommendation

On review of the file I have determined that Mr. Russell has been convicted of 4 drug related crimes in 1997 and 1998. He has used at least 5 AKA's and 3 dates of birth in his dealings with law enforcement. 3 times there have been bench warrants issued for the arrest of Mr. Russell. Although I do not feel Mr. Russell would pose a danger to the community if released. I do feel he would be a flight risk. I recommend that Mr. Russell remain in Service custody. If after six months we still do not have a travel document we should revisit his releasability.

Joel T. Mikelson DO                                     2/12/00
Interviewing Officer #1:                               Date:


Interviewing Officer #2:                               Date:
(optional)

Reviewed by:                                          Date: 2/16/00

## DISTRICT DIRECTOR'S CUSTODY DETERMINATION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION UNDER BOND

        Bond Amount: _____

☑    CONTINUE IN CUSTODY / SCHEDULE FOR REVIEW IN SIX MONTHS

Comments (attach additional sheet(s) if necessary):

INS District Office: _____*PHI*_____

Signature of District Director: _____    Date: *3-10-00*

THEODORE R. NORDMARK
ASSISTANT DISTRICT DIRECTOR
DETENTION AND DEPORTATION

## HEADQUARTER'S REVIEW OF CONTINUED DETENTION

| Reviewing Officers | Concur | Reconsider | Date |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| (Name, Title, Signature) | | | |
| _____ | _____ | _____ | _____ |
| (Name, Title, Signature) | | | |
| _____ | _____ | _____ | _____ |
| (Name, Title, Signature) | | | |

For comments, please refer to the "Headquarters Post Order Custody Review" form.



U.S. Department of Justice

Immigration and Naturalization Service
Philadelphia District

1600 Callowhill Street
Philadelphia, PA. 19130

April 15, 2000
A75 805 774

Neville RUSSELL
53311
C/O York county Prison
3400 Concord Road
York, PA. 17402

## DECISION TO CONTINUE DETENTION
### Following File Review

This letter is to inform you that your custody status has been reviewed by the Immigration and Naturalization Service (INS) and that you will not be released at this time.

This decision was based on a review of your file record and consideration of information you submitted to INS' reviewing officials.

You were born in **Jamaica** on **September 21, 1963**. You entered the United States as a **Visitor for pleasure** on **July 19, 1990**. On **January 14, 1999**, removal proceedings were initiated against you because of criminal convictions in the State of New York.

On **March 16, 1999**, you were ordered removed to **Jamaica**. You reserved your right to file an appeal of the Immigration Judges decision. You never filed an appeal to the Board of Immigration Appeals, making the judges order a final order of Removal.

During the six-month removal period[1] directly following a final order of deportation, the Service is required to detain aliens who are subject to an order of deportation predicated on criminal convictions[2]. Once the removal period has expired, the Service has discretionary authority to detain aliens who are subject to a final order of deportation[3].

While many factors are considered in a discretionary detention decision under Section 241(a)(6) of the Immigration and Nationality Act, 8 U.S.C. § 1231(a)(6), the most prominent factors are listed in 8 C.F.R. § 241.4. These factors are:

---

[1] Former Section 242(c) and (d) of the Immigration and Nationality Act, 8 U.S.C. §1252 (c) and (d).
[2] Section 241(a)(2) of the Immigration and Nationality Act, 8 U.S.C. §1231(a)(2).
[3] Section 241(a)(6) of the Immigration and Nationality Act, 8 U.S.C. §1231(a)(6)

Exhibit 11

(1) The nature and seriousness of the alien's criminal convictions;
(2) Other criminal history;
(3) Sentence(s) imposed and time actually served;
(4) History of failures to appear for court (defaults);
    Probation history;
(5) Disciplinary problems while incarcerated;
(6) Evidence of rehabilitative effort or recidivism;
(7) Equities in the United States; and
(8) Prior immigration violations and history.

Your record reflects the following criminal history:

| November 26, 1997 | Convicted for the offense of Disorderly Conduct. |
| December 24, 1997 | Convicted for the offense of Disorderly Conduct. |
| October 17, 1998 | Convicted for the offense of Criminal Sale of Marijuana. |
| November 10, 1998 | Convicted for the offense of Criminal Possession of Marijuana |

Your record reflects you have been convicted of, and found deportable for, crimes the Immigration and Nationality Act defines as aggravated felonies.[4] These are crimes the United States views as particularly serious crimes. Because you are and alien who has been convicted of an aggravated felony, your immigration equities have been severely diminished.

An alien convicted of an aggravated felony is statutorily presumed to be a threat to the community and the alien bears the burden of rebutting this presumption[5]. The Service may consider the release of certain aliens who are deportable for criminal convictions provided the alien is able to demonstrate, by clear and convincing evidence, that he/she is not a danger to the community or a flight risk. Your convictions under the New York State Law, demonstrates you have engaged in behavior that has threatened the safety of other persons and illustrates a reckless disregard for human life.

On January 27, 1998, February 18, 1998 and, February 19, 1998, Bench Warrants were issued for your arrest.

Information relating to your disciplinary record while in the custody of **The State of New York** is not available for review. Your record while in Service custody in **York County Prison** is not available for review.

Your prior immigration violations and criminal history have been discussed above. It is a matter of record that you are an aggravated felon under a final order of deportation.

The decision to continue an alien in detention is not one the Service takes lightly. When considering a request for release, we must give the highest consideration to the potential risks to society. Any erroneous decision to release an aggravated felon could result in grave consequences for the United States public. Further, it should be clear that the scales are tipped in favor of the government's legitimate interest to protect its citizens.[6] In addition to court decisions, this is a requirement of both statute and regulation.[7]

A determination that an aggravated felon has succeeded at rebutting the statutory presumption involves a two-pronged test.[8] First, the aggravated felon must demonstrate by "clear and convincing evidence" that he/she is not a danger to the

---

[4] Section 101(a)(43) of the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(43)
[5] Matter of De La Cruz, Interim decision 3155 (BIA 1991).
[6] Schall v. Martin 467 U.S. 253, 264 (1984); United states v. Salerno, 481 U.S. 739, 749 (1987); Tran v. Caplinger, 847 F. Supp. 469, 474, 91993)
[7] Section 241(a)(6) of the Immigration and Nationality Act, 8 U.S.C. § 1231(a)(6) and 8 C.F.R. § 241.4.
[8] Matter of De La Cruz, supra

community. Second, considered only .. the first prong was satisfied, the aggravated fel.. .must demonstrate by "clear and convincing evidence" that he is not a flight risk.[9]

There is nothing in your record that successfully rebuts the presumption that you are a flight risk. Therefore, the Service is compelled to deny your request for release.

As previously stated, it is the policy of this office to periodically review your file to determine whether release or to continue your detention. You are invited to submit any evidence you believe may have a positive impact on any future decision.

**There is no appeal of this decision.**

The INS will conduct another review of your custody status within six months of the date of this notice, It is in your best interest to maintain proper behavior while awaiting this review. If you have any questions please contact Deportation Officer **Joel Mikelson** at: 3400 Concord Rd. York, PA 17402

M. Frances Holmes
Acting District Director

---

[9] Matter of Drysdale, 20 I&N Dec. 815, 817 (BIA) 1994); matter of Valdez, Interim Decision 3002 (BIA 1997): Matter of Melo, Interim Decision 3313 (BIA 1997)

## PROOF OF SERVICE

(1)    **Personal Service** (Officer to complete both (a) and (b) below.)

     (a)   I  _Joel T mikelson_ , _DO_

               **Name of INS Officer**                 **Title**

certify that I served  _neville Russell A75 805 >>4_  with a copy of

                       **Name of detainee**

this document at  _York county Prison_  on _4/19/00_, at _0830_

              **Institution**              **Date**       **Time**

     (b)   I certify that I served the custodian _____

                             **Name of Official**

_____, at _____, on

     **Title**                     **Institution**

_____ with a copy of this document.

     **Date**

### OR

(2)    **Service by certified mail, return receipt.** (Attach copy of receipt)

      I _____, _____, certify

             **Name of INS Officer**             **Title**

that I served _____ and the custodian _____

         **Name of detainee**              **Name of Official**

with a copy of this document by certified mail at _____ on _____

                      **Institution**       **Date**

( ) CC:  Attorney of Record or Designated Representative
( ) CC:  A-File

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NEVILLE M. RUSSELL,                    :
                    Petitioner          :          No. 1:CV-00-0536
                                        :
            v.                          :          (Judge Kane)
                                        :
IMMIGRATION AND NATURALIZATION          :
SERVICE,                                :
                    Respondent          :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 8th day of May, 2000, she served a copy of the attached

### RESPONDENT'S EXHIBITS IN SUPPORT
### OF ITS RESPONSE TO HABEAS CORPUS PETITION

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

ADDRESSEE:

        Neville M. Russell, 53311
        C/O York County Prison
        3400 Concord Road
        York, PA 17402

                                CINDY J. LONG
                                Legal Secretary