UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA                    ⑧
                                                        5-25-00
                                                          sc
                                                    FILED
                                                HARRISBURG, PA

IN THE MATTER OF                                MAY 24 2000

Russell, Neville M.                     MARY E. D'ANDREA, CLE
                    PETITIONER          Per _____ Deputy Clerk

                                        NO. 1:CV-00-0536
          Kane                          IN HABEAS CORPUS
          PIKSLC Schimulfnig            28 USC.2241, PETITION
                                                   (PRO-SE)

Motion For Extension in Submission of Brief

      Now Comes the Petitioner, Neville Russell Pro-Se,
and Respectfully Request For an extension of
Time For Submission of the Brief, in Support of
his Habeas Corpus Petition, which is due by May
24, 2000.

      This Extension is Necessary in Order to prepare
an effective and Meaningful Rebuttal, Since
he is proceeding on pro-Se basis and avers
in Support of his Claim thereof:

(1) The Time Set by the Court For the Submission
of his Brief is Too Short to get the Job done.

(2) Petitioner's Access to the Law Library is
Limited to Three (3) hours a Week, which is Not

sufficient time to conduct any meaningful research. To prepare a good argument within this stipulated time.

The service is aware of the problems pro-se litigants are encountering regarding their cases, Petitioner believes the Service will not be prejudiced in granting him the extension.

Wherefore, Petitioner prays that the Court grants him the extension he seeks.

Dated: May 21, 2000

Respectfully Submitted,
Neville M. Russell
Neville M. Russell.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of PENNSYLVANIA

---

NEVILLE RUSSELL,                                        PRO-SE

         PLAINTIFF,

     V.

                        AFFIRMATION OF SERVICE

IMMIGRATION & NATURALIZATION
SERVICE(ET-AL)

I_Neville Russell_____Declare under the Penalty of Perjury,that i have

on the_ 21ˢᵗ day of_ MAY____,2 000 placed and submitted the within

One (1) copies) of the Attached ~~following~~ moving papers,to be mailed through the

institutional mailroom facility at York County Prison, Pennsylvania

to the following parties:

The Clerk of the Court
U.S.District Court
Middle District of Pennsylvania
235 North Washington Avenue
Scranton, PA.18501-1148
_____

~~U.S.Attorney~~ CLERK OF COURT
Middle District of Pennsylvania
228 Wallnut Street
Harrisburg,PA.17108

                              SUBMITTED BY,

                          Neville Russell
                  _____

                  NEVILLE RUSSELL,(PRO-SE)

                           PETITIONER

                  York County Prison
                  York PA. 17402

Executed on the_ 21ˢᵗ day of_ May_____,2 000