Neville M. Russell
A-75-805 774
Worchester County J.P.
P.O. Box 189
Snowhill, MD 21863
6-17-2000

FILED
HARRISBURG, PA
JUN 26 2000
MARY E. D'ANDREA, CL
Per _____ Deputy Clerk

Judge Yvette Kane
United States District Court
For The Middle District Of Pennsylvania

RE: Change of Address for Russell v. INS (ETAL)
Dk.# 1:00-CV-00-0536.    PRSLC /Schimelfenig

Dear Sir/Madam,

please be advised that I am no longer at the York County Prison, my new address is on the upper right hand corner of this letter. Thanks for your Attention.

Date 6-17-2000.    Respectfully Submitted
                   Neville M. Russell