UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NEVILLE M. RUSSELL,
    Petitioner

v.                           CIVIL NO. 1:CV-00-0536

IMMIGRATION AND NATURALIZATION
SERVICE,
    Respondent

(Judge Kane)

FILED
HARRISBURG, PA
JUN 3 0 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

NOW, THIS 30th DAY OF JUNE, 2000, upon consideration of petitioner's motion for an extension of time within which to file a reply to the response, **IT IS HEREBY ORDERED THAT:** the said motion (Doc. 8) is GRANTED nunc pro tunc. Petitioner may file a reply within twenty (20) days of the date of this order.

_____
YVETTE KANE
United States District Judge

YK:mcs

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 30, 2000

Re:  1:00-cv-00536   Russell v. INS

True and correct copies of the attached were mailed by the clerk to the following:

Neville M. Russell
CTY-W
Worchester County Jail
A-75-805 774
P.O. Box 189
Snow Hill, MD   21863

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa   17108

```
cc:
Judge                       ( X)
Magistrate Judge            ( )
U.S. Marshal                ( )
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                     DA of County  ( )   Respondents  ( )
Bankruptcy Court            ( )
Other   PRSLc               (✓)
        Schimelfenig
```

MARY E. D'ANDREA, Clerk

DATE: 6/30/00                              BY: _____
                                               Deputy Clerk