UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NEVILL RUSSELL, :
    Petitioner : No. 1:CV-00-0536
 : 
vs. :
 :
 : (Judge Kane)
IMMIGRATION AND NATURALIZATION :
SERVICE :
    Respondents :

FILED
HARRISBURG, PA

JUN 22 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

O R D E R

NOW, THIS 21st DAY OF JUNE, 2001, upon consideration of the facts that: (1) the above captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 was filed on March 22, 2000, by Neville Russell, while a detainee of the Immigration and Naturalization Service ("INS") being held at the York County Prison, York, Pennsylvania; (2) in his petition Russell seeks to be released pending deportation; and (3) this Court sua sponte contacted the prison and was informed that Russell was deported to his native Jamaica, on February 28, 2001, IT IS HEREBY ORDERED THAT:

1. The petition for writ of habeas corpus is dismissed as moot.

2. The Clerk of Court is directed to close this case.

                                      /s/ Yvette Kane
                              YVETTE KANE
                              United States District Judge

Certified from the record
Date 6-22-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 22, 2001

Re: 1:00-cv-00536   Russell v. INS

True and correct copies of the attached were mailed by the clerk to the following:

Neville M. Russell
CTY-W
Worchester County Jail
A-75-805 774
P.O. Box 189
Snow Hill, MD  21863

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

cc:
Judge                        (✓)          ( ) Pro Se Law Clerk
Magistrate Judge             ( )          ( ) INS
U.S. Marshal                 ( )          ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                (✓)
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen   ( )   PA Atty Gen ( )
                                     DA of County  ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____     ( )

                                             MARY E. D'ANDREA, Clerk

6-22-01