Neville M. Russell
CTY-W
Worchester County Jail
A-75-805 774
P.O. Box 189
Snow Hill, MD  21863

Re: 1:00-cv-00536

------------------------------

Please file all pleadings directly
the assigned Judge is located.  Do
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

------------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Manni
Magistrate Judge Thomas M. Blewit

------------------------------

Judge James F. McClure
Judge Malcolm Muir

---

Handwritten note: Neville Russell's name did not appear through the window of the envelope. Therefore, the envelope was opened. Mr. Russell was released from the institution on 2/8/01.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS

FILED
HARRISBURG
JUN 28 2[001]
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk